EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 28 2002

at __ o'clock and __ min. __ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR02 00362 |
| Plaintiff, ) | INDICTMENT |
| v. ) | [21 U.S.C. § 846; 21 U.S.C. §841(a)(1) |
| MARTIN JONES, (01) ) FREDERICK JONES, (02) ) KEVIN MURNIN, (03) ) | |
| Defendants. ) | |

INDICTMENT

COUNT 1

The grand jury charges that:

From a date unknown, but from at least August 14, 2002, to August 19, 2002, in the District of Hawaii, the defendants, MARTIN JONES, FREDERICK JONES, and KEVIN MURNIN, did

conspire together and with each other and other persons unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin, approximately 626. grams, (gross weight), a Schedule I controlled substance, in violation of 21 U.S.C. Sections 841(a)(1) and (b)(1)(B).

OVERT ACTS

In furtherance of and in order to accomplish the objects of this conspiracy, the defendants and their co-conspirators performed overt acts in the District of Hawaii, including but not limited to, the following:

1. On or about August 14, 2002, Defendants MARTIN JONES, FREDERICK JONES and KEVIN MURNIN traveled from Honolulu to Los Angeles, California, on Continental Airlines, in order to obtain a quantity of heroin for transport back to Hawaii.

2. On or about August 14, 2002, Defendants traveled to Mexico to obtain a quantity of heroin.

3. On or about August 19, 2002, Defendants MARTIN JONES, FREDERICK JONES and KEVIN MURNIN met in a hotel together and inserted the heroin which was obtained in Mexico into their bodies for transport back to the United States.

4. On or about August 19, 2002, Defendants MARTIN JONES, FREDERICK JONES and KEVIN MURNIN transported over 100 grams of heroin from Los Angeles, California to Honolulu, Hawaii, within their bodies for distribution in Hawaii.

All in violation of 21 U.S.C. §846.

## COUNT 2

The Grand Jury further charges:

On or about August 19, 2002, in the District of Hawaii, defendants MARTIN JONES, FREDERICK JONES and KEVIN MURNIN did knowingly and intentionally possess with intent to distribute a quantity of heroin, approximately 626 grams, (gross weight), a Schedule I controlled substance.

All in violation of 21 U.S.C. §841(a)(1).

## COUNT 3

The Grand Jury further charges:

On or about August 22, 2002, in the District of Hawaii, Defendant MARTIN JONES, did knowingly and intentionally possess with intent to distribute 5 grams or more, approximately 12 grams (gross weight) of methamphetamine, its salts, isomers and salts

of its isomers, a Schedule II controlled substance.

All in violation of 21 U.S.C. §841(a)(1).

DATED: ___8/28/02___, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

United States v. Martin Jones, et al.
Cr. No. _____
"Indictment"