IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00362 (DAE) |
| Plaintiff, | ) | |
| vs. | ) | |
| FREDERICK S. JONES | ) | DECLARATION OF COUNSEL |
| Defendant. | ) | |

DECLARATION OF COUNSEL

PAMELA O'LEARY TOWER, does depose and state the following:

1. I am the attorney of record for FREDERICK JONES in the above-entitled matter.

2. That by way of judgment filed August 10, 2004, Mr. Jones was sentenced to time served and five years of supervised release with terms and conditions.

3. Mr. Jones has been on supervised release for three years as of August 10, 2007.

4. Mr. Jones is being monitored by USPO Martin Romualdez in the District of Hawaii.

5. Mr. Romualdez informed me that Mr. Jones' adjustment to supervision has been good, that there have been no violations and that he is in compliance. USPO Romualdez can be reached at 808-541-1283.

6. While on release, Mr. Jones has completed 5000 of the 6000 hours required to become a certified substance abuse counselor and has taken and passed the Department of Health ADAD written exam. Mr. Jones has been continuously employed since his release and he currently works for the Office of Social Ministry Care-A-Van as a case manager for West Hawaii homeless, mentally ill and substance abusers. Mr. Jones has full legal and physical custody of his daughter who is currently on the honor roll.

6. That the facts set forth in the foregoing document are true and correct to the best of my knowledge.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

    DATED: Honolulu, Hawaii, August 1, 2007.

                                                    /s/ PAMELA O'LEARY TOWER