EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00362-02 DAE |
| | ) | |
| Plaintiff, | ) | UNITED STATES OF AMERICA'S |
| | ) | STATEMENT OF NO OPPOSITION; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| FREDERICK S. JONES, (02) | ) | Date:  September 17, 2007 |
| | ) | Time:  1:30 p.m. |
| Defendant. | ) | Judge: David A. Ezra |
| | ) | |

UNITED STATES OF AMERICA'S STATEMENT OF NO OPPOSITION

Plaintiff United States of America files this statement of no opposition to Defendant Frederick S. Jones' request for early termination of supervised release.

Dated:  August 31, 2007, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By  /s/ Beverly Wee Sameshima
  BEVERLY WEE SAMESHIMA
  Assistant U.S. Attorney

CERTIFICATE OF SERVICE

        I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

    Pamela O'Leary Tower, Esq.    pamelatower@earthlink.net

    Attorney for Defendant
    FREDERICK S. JONES

Served by hand-delivery:

    Martin Romualdez
    U.S. Probation Office
    300 Ala Moana Boulevard, Room 2-215
    Honolulu, HI   96850

        DATED:  August 31, 2007, at Honolulu, Hawaii.


                                      /s/ Dawn M. Aihara